UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Small Business Administration)
V.
HECTOR CASTILLO FELIZ,
JACKELINE VAZQUEZ MORALES,
and the conjugal partnership
constituted by both

CASE NUMBER: CIVIL 97-1069 (RLA)

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 5/16/02   **Docket #** 17<br>[X] **Plffs**<br>LPP MORTGAGE LTD., SMALL BUSINESS ADMINISTRATION and U.S. ATTORNEY<br>**Title:** Joint Motion For Substitution of Parties Pursuant to Rule 25 of the Federal Rules of Civil Procedure | Substitution of parties is **GRANTED**. Caption of the case shall be modified accordingly. Appearance of CUEVAS, SOSA & LAJARA BORELLI Law Firm on behalf of LPP MORTGAGE LTD. is **NOTED**. Clerk of the Court to amend ICMS List of Counsel accordingly. |

| MOTION | RULING |
|---|---|
| **Date Filed:** 5/16/02   **Docket #** 18<br>[X] **Plffs**   [ ] **Defts**<br>**Title:** Request to Reopen Case and Assumption of Legal Representation to Continue With the Execution of Judgment | GRANTED. |

May 24, 2002
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:      EOD:

By: /s/     # 20