UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Small Business Administration)

CIVIL NO. 97-1069 (RLA)

Plaintiff

FORECLOSURE OF MORTGAGE

v.

HECTOR CASTILLO FELIZ,
JACKELINE VAZQUEZ MORALES and
the conjugal partnership constituted by
both,

Defendants
-----------------------------------------------/

## ORDER OF EXECUTION

Upon the motion filed by plaintiff herein for the execution of the judgment entered by this Court on June 18, 1997 and it appearing from the records of this Court and from plaintiff's motion that the defendant(s) failed to pay to the plaintiff the sums of money adjudged to be paid under the said judgment.

And it appearing further that more than ten days have elapsed from the entry of judgment;

IT IS HEREBY ORDERED that the United States Marshal or Special Master appointed by the Court, proceed forthwith and sell at public auction to the highest bidder, the property described in paragraph three (3) of the judgment or the complaint, in the manner and form provided in said judgment and as herein further provided:

(a)   Said public sale shall be had at the office of the Clerk of this Court, or the United States Marshal for this District.

(b)   Notices of sale shall be published by the United States Marshal or Special Master once a week for at least four weeks prior to the date of the sale, in a newspaper printed regularly and having a general circulation on the island of Puerto Rico.

(c)   The United States Marshal or Special Master at the sale shall not accept in payment of the property to be sold anything but United States currency or certified checks, except in case the property be sold and adjudicated to the plaintiff, in which case the amount of the bid made by plaintiff shall be credited and deducted from its

2

mortgage credit; the plaintiff being bound to pay in cash or certified check only any excess of its bid over the secured indebtedness then remaining unsatisfied.

(d) The United States Marshal or Special Master may, either personally or by some person designated by him to act in his name and by his authority, adjourn the sale from time to time without further publication.

(e) Upon the confirmation of the sale by this Court, the United States Marshal or Special Master shall execute and deliver a deed of conveyance of the property sold to the purchaser thereof.

San Juan, Puerto Rico, this 6th day of June, 2002.

RAYMOND L. ACOSTA
UNITED STATES DISTRICT JUDGE