IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LPP MORTGAGE LTD.<br>(United States of America),<br><br>    Plaintiff,<br><br>    v.<br><br>HECTOR CASTILLO FELIZ, JACKELINE VAZQUEZ MORALES, and the conjugal partnership constituted by both,<br><br>    Defendants. | CIVIL NO. 97-1069 (RLA) |

### FINAL JUDGMENT

The Amended Stipulation for Satisfaction of Judgment filed by the parties on June 13, 2002 (**docket No. 22**) is hereby APPROVED.

Accordingly, it is ORDERED and ADJUDGED that the terms and conditions set forth in the Amended Stipulation for Satisfaction of Judgment are hereby incorporated and made part hereof *in extenso*, and

IT IS FURTHER ORDERED AND ADJUDGED that the Court shall retain jurisdiction over these proceedings to enter such orders as may be warranted by the terms and conditions incorporated herein.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 1st day of July, 2002.

                                      RAYMOND L. ACOSTA
                                      United States District Judge

AO 72
(Rev 8/82)