IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA (Small
Business Administration) now
LPP MORTGAGE LTD.,

    Plaintiff,

v.

HECTOR CASTILLO FELIZ,
JACKELINE VAZQUEZ MORALES, and
the conjugal partnership
constituted by both,

    Defendants.

CIVIL NO. 97-1069 (RLA)

## O R D E R

Having examined plaintiff LPP Mortgage Ltd.'s Motion Requesting Cancellation of Lis Pendens, and having examined the Stipulation reached by the parties on June 13, 2002 and Article 142 of the Puerto Rico Mortgage Law (30 LPRA § 2466); the Court finds that LPP Mortgage acquired from the United States of America (Small Business Administration), the rights to execute the judgment issued on this case on June 20, 1997; that LPP Mortgage, successor in interest of the Small Business Administration, the party that is benefitted by the lis pendens, has validly negotiated his right to the lis pendens surrendering it in exchange for the acceptance of a payment plan for the judgment issued by this Court on May 6, 1996.

Thus, the Court grants LPP Mortgage's request and orders the cancellation of the lis pendens registered at page 250 of Volume 774



CIVIL NO. 97-1069 (RLA)                                                    Page 2

of Carolina, Section II, Lot 31122, annotation A, under the dispositions of Article 142 of the Puerto Rico Mortgage Law.

The Clerk shall issue the corresponding Writ directed to the Registrar of the Property in order that he cancels the lien in the books of the Registry of the Property.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 1st day of August, 2002.

RAYMOND L. ACOSTA
United States District Judge