UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Small Business Administration)
now LPP MORTGAGE LTD.

CIVIL NO. 97-1069 (RLA)

Plaintiff

FORECLOSURE OF MORTGAGE

v.

HECTOR CASTILLO FELIZ, JACKELINE
VAZQUEZ MORALES and the conjugaL
partnership constituted by both,

Defendants
---------------------------------------------------/

# MOTION REQUESTING AMENDED ORDER AND
# WRIT OF CANCELLATION OF LIS PENDENS

TO THE HONORABLE COURT:

COMES NOW Plaintiff LPP Mortgage Ltd., through the undersigned attorney, and respectfully state and pray:

1. On August 21, 2002, this Honorable Court issued a Writ and an Order for the Cancellation of a Lis Pendens.

2. The Registrar of the Property of Carolina, Section II, has denied the cancellation of the Lis Pendens due to the fact that the writ failed to include the description of the real property affected by the Lis Pendens.

3. To correct the mistake raised by the Registrar, we have prepared an Amended Order and Writ and very respectfully request this Honorable Court to issue this amended documents so as to complete the cancellation of this annotation.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this     day of June, 2006.

I HEREBY CERTIFY that on July 21, 2005 I electronically filed the foregoing with

2

the Clerk of the Court using the CM/ECF system. Copy of this motion will be served upon the defendant by regular mail.

**s/ CARLOS R. SOSA PADRO, ESQ.**
USDC-PR  205112
Attorney for LPP Mortgage, Ltd.
**CARLOS R. SOSA PADRO LAW OFFICE**
PO Box 191682
San Juan, PR  00919-1682
Tel.  250-0081, Tel/Fax 250-0078
E-Mail:  csosa1@prtc.net