UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Small Business Administration)                    CIVIL NO.  97-1069 (RLA)
now LPP MORTGAGE LTD.

Plaintiff

                                                   FORECLOSURE OF MORTGAGE
v.

HECTOR CASTILLO FELIZ, JACKELINE
VAZQUEZ MORALES and the conjugaL
partnership constituted by both,

Defendants
---------------------------------------------------/

## NOTICE SUBMITTING AMENDED ORDER AND WRIT

**TO THE HONORABLE COURT:**

    **COMES NOW** Plaintiff LPP Mortgage Ltd., through the undersigned attorney, and respectfully state and pray:

    1.    On June 15, 2006 the appearing party filed a Motion Requesting the issuance of an Amended Writ and Order for the Cancellation of a Lis Pendens.  (Docket #26)

    2.    By inadvertence, the motion filed excluded the proposed Order and Writ.

    3.    With the present Notice we include the proposed Order and Writ.

    **RESPECTFULLY SUBMITTED.**

    In San Juan, Puerto Rico, this  15th day of June, 2006.

    **I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

**s/ CARLOS R. SOSA PADRO, ESQ.**
USDC-PR  205112
Attorney for LPP Mortgage, Ltd.
**CARLOS R. SOSA PADRO LAW OFFICE**
PO Box 191682
San Juan, PR  00919-1682
Tel.  250-0081, Tel/Fax 250-0078
E-Mail:  csosa1@prtc.net