UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Small Business Administration)
now LPP MORTGAGE LTD.

CIVIL NO.   97-1069 (RLA)

Plaintiff

FORECLOSURE OF MORTGAGE

v.

HECTOR CASTILLO FELIZ, JACKELINE
VAZQUEZ MORALES and the conjugaL
partnership constituted by both,

Defendants
---------------------------------------------------/

## AMENDED ORDER

Having examined plaintiff LPP Mortgage Ltd.'s Amended Motion Requesting Cancellation of Lis Pendens, and having examined the Stipulation reached by the parties on June 13, 2002 and Article 142 of the Puerto Rico Mortgage Law (30 LPRA § 2466); the Court finds that LPP Mortgage acquired from the United States of America (Small Business Administration), the rights to execute the judgment issued on this case on June 20, 1997; that LPP Mortgage, successor in interest of the Small Business Administration, the party that is benefited by the lis pendens, has validly negotiated his right to the lis pendens surrendering it in exchange for the acceptance of a payment plan for the judgment issued by this Court on May 6, 1996.

Thus, the Court grants LPP Mortgage's request and orders the cancellation of the lis pendens registered at page 250 of Volume 774 of Carolina, Section II, Lot 31122, annotation A, under the dispositions of Artlcle 142 of the Puerto Rico Mortgage Law. Said lis pendens encumbers the below described property:

> "URBANA: Lote de terreno radicado en el Barrio San Antón en el término municipal de Carolina, Puerto Rico, con una cabida superficial de quinientos cincuenta y tres punto cero tres metros cuadrados (553.03

m.c.) en lindes por el Norte, en cincuenta y dos punto cincuenta metros (52.50 m.) con el solar número tres (3); por el Sur, en cuarenta y dos punto cero cuatro metros (42.04 m.) con el lote número cinco (5); por el Oeste, en diez y ocho punto sesenta y cinco metros (18.65 m.) con terrenos propiedad de la Sucesión Allende y Polinario Andino y por el Este, en catorce punto cuarenta metros (14.40 m.) con la carretera estatal número tres (3). ---------------------------------------------------------------------------

Inscrita al folio doscientos cuarenta y ocho (248) del tomo setecientos setenta y cuatro (774) de Carolina, finca número treinta y un mil ciento veinte y dos (31,122) del Registro de la Propiedad de Carolina, Sección II.

The Clerk shall issue the corresponding Writ directed to the Registrar of the Property in order that he cancels the lien in the books of the Registry of the Property.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2006.

                                                 UNITED STATES DISTRICT JUDGE