IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA (Small Business Administration) now LPP MORTGAGE LTD.,

    Plaintiff,

    v.

HECTOR CASTILLO FELIZ, JACKELINE VAZQUEZ MORALES, and the conjugal partnership constituted by both,

    Defendants.

CIVIL NO. 97-1069 (RLA)

**AMENDED ORDER**

Having examined plaintiff LPP Mortgage Ltd.'s Amended Motion Requesting Cancellation of Lis Pendens, and having examined the Stipulation reached by the parties on June 13, 2002, and pursuant to Article 142 of the Puerto Rico Mortgage Law, P.R. Laws Ann. tit. 30 § 2466); the Court FINDS that LPP Mortgage acquired from the United States of America (Small Business Administration), the rights to execute the judgment issued on this case on June 20, 1997; that LPP Mortgage, successor in interest of the Small Business Administration, the party that is benefitted by the lis pendens, has validly negotiated his right to the lis pendens, surrendering it in exchange for the acceptance of a payment plan for the judgment issued by this Court on May 6, 1996.

**CIVIL NO. 97-1069 (RLA)** **Page 2**

Accordingly, the Court grants LPP Mortgage's request and orders the cancellation of the lis pendens registered at page 250 of Volume 774 of Carolina, Section II, Lot 31122, annotation A, under the dispositions of Article 142 of the Puerto Rico Mortgage Law. Said lis pendens encumbers the below described property:

> "URBANA: Lote de terreno radicado en el Barrio San Antón en el término municipal de Carolina, Puerto Rico, con una cabida superficial de quinientos cincuenta y tres punto cero tres metros cuadrados (553.03 m.c.) en lindes por el Norte, en cincuenta y dos punto cincuenta metros (52.50 m.) con el solar número tres (3); por el Sur, en cuarenta y dos punto cero cuatro metros (42.04 m.) con el lote número cinco (5); por el Oeste, en diez y ocho punto sesenta y cinco metros (18.65 m.) con terrenos propiedad de la Sucesión Allende y Polinario Andino y por el Este, en catorce punto cuarenta metros (14.40 m.) con la carretera estatal número tres (3).
>
> Inscrita al folio doscientos cuarenta y ocho (248) del tomo setecientos setenta y cuatro (774) de Carolina, finca número treinta y un mil ciento veinte y dos (31,122) del Registro de la Propiedad de Carolina, Sección II.

The Clerk shall issue the corresponding Writ directed to the Registrar of the Property in order to cancel the lien in the books of the Registry of the Property.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 30th day of June, 2006.

                                              S/Raymond L. Acosta
                                              RAYMOND L. ACOSTA
                                       United States District Judge